470 A.2d 1016

Commonwealth v. Santafemia, Appellant.

Argued November 29, 1983. Philip B. Friedman, for appellant; Timothy John Lucas, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence is modified to direct that an additional hearing be held following appellant's release on parole and, as modified, judgment of sentence is affirmed.

WIEAND, J., filed a memorandum concurring and dissenting statement.

470 A.2d 1016

Commonwealth ex rel. Lopez v. Lopez, Appellant.

Argued September 7, 1983. William R. Hagner, for appellant; David Conway Becker, for appellees.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.